# STATEMENT OF ACCOUNT

(Generated on Jan 6, 2017)



**Sprout Retail**

1200 Rt 22 E
Suite 2000
Bridgewater , New Jersey
08807

Bill to:

**US Connect, LLC**

Marty Ballew
mballew@foodexpress.com

**Account Summary**

| | |
|---|---|
| Not yet due: | $17,497.75 |
| 1-30 days overdue: | $56,936.67 |
| 31-60 days overdue: | $31,907.90 |
| 61-90 days overdue: | $16,213.00 |
| >90 days overdue: | $10,558.46 |
| Total due: | $133,113.78 |

SHOWING ALL OUTSTANDING INVOICES BETWEEN AUG 01, 2016 AND JAN 06, 2017

| Date | Due date | Details | Amount | Total Paid | Amount due |
|---|---|---|---|---|---|
| Jan 01, 2017 | Jan 01, 2017 | Invoice #135235 | $6,148.36 | $0.00 | $6,148.36 |
| Dec 26, 2016 | Dec 26, 2016 | Invoice #135234 | $8,098.78 | $0.00 | $8,098.78 |

You are previewing your customer's web copy of their statement.

**Go** to Wave | Send

| | | | | | |
|---|---|---|---|---|---|
| Dec 02, 2016 | Jan 01, 2017 | Invoice #135226 | $7,943.19 | $0.00 | $7,943.19 |
| Nov 22, 2016 | Nov 22, 2016 | Invoice #135224 | $1,500.00 | $0.00 | $1,500.00 |
| Nov 21, 2016 | Dec 21, 2016 | Invoice #135223 | $8,781.20 | $0.00 | $8,781.20 |
| Nov 21, 2016 | Dec 21, 2016 | Invoice #135222 | $8,063.93 | $0.00 | $8,063.93 |
| Nov 11, 2016 | Dec 11, 2016 | Invoice #135220 | $7,645.62 | $0.00 | $7,645.62 |
| Nov 02, 2016 | Dec 02, 2016 | Invoice #135218 | $7,688.43 | $0.00 | $7,688.43 |
| Nov 02, 2016 | Dec 02, 2016 | Invoice #135217 | $7,676.03 | $0.00 | $7,676.03 |
| Oct 22, 2016 | Oct 22, 2016 | Invoice #135215 | $1,500.00 | $0.00 | $1,500.00 |
| Oct 20, 2016 | Nov 19, 2016 | Invoice #135214 | $7,536.49 | $0.00 | $7,536.49 |
| Oct 12, 2016 | Nov 11, 2016 | Invoice #135213 | $7,506.95 | $0.00 | $7,506.95 |
| Oct 03, 2016 | Oct 03, 2016 | Invoice #135211 | $7,025.00 | $0.00 | $7,025.00 |
| Sep 30, 2016 | Oct 30, 2016 | Invoice #135209 | $7,191.81 | $0.00 | $7,191.81 |
| Sep 22, 2016 | Sep 22, 2016 | Invoice #135208 | $1,500.00 | $0.00 | $1,500.00 |
| Sep 19, 2016 | Oct 19, 2016 | Invoice #135207 | $7,521.19 | $0.00 | $7,521.19 |
| Sep 12, 2016 | Sep 12, 2016 | Invoice #135206 | $7,598.54 | $5,565.08 | $2,033.46 |
| | | | **$138,678.86** | **$5,565.08** | **$133,113.78** |